UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NILDA ROQUE<br>Plaintiff,<br><br>- against -<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No:<br><br>**VERIFIED COMPLAINT**<br><br>Jury Trial Demanded |

Plaintiff, NILDA ROQUE, by her attorneys, LAW OFFICE OF LIZZETTE MUNIZ, LLC, complaining of the defendant, respectfully sets forth and alleges as follows:

## JURISDICTION AND VENUE

1. This is an action for personal injuries against THE UNITED STATES OF AMERICA (herein "USA") which arises under the Federal Tort Claims Act, 28 U.S.C. §§1346(b), 2401(b) and 2671-2680, as hereafter more fully appears.

2. The Court has personal jurisdiction over the defendant herein pursuant to Rule 4(i)(1)(A)-(C) of the Federal Rules of Civil Procedure.

## VENUE AND PARTIES

3. Venue is proper in this Judicial District pursuant to 28 U.S.C. §1402(b).

4. The act complained of occurred in the County of Bronx in the State of New York.

5. The defendant, USA, is a party to this action by virtue of 28 U.S.C. §§1346(b), 2401(b) and 2671, et seq.

6. The United States Postal Service (herein "USPS") is an agency of defendant, USA.

7. At the time of the occurrence, the plaintiff, NILDA ROQUE (herein "plaintiff"), was a resident of the County of Bronx and the State of New York.

8. WILFREDO MAUROSA, JR. at all times herein mentioned was and still is a

resident of the County of Bronx and the State of New York.

## PROCEDURAL HISTORY

9. Pursuant to 28 U.S.C. §2675(a) a claim dated February 10, 2016, alleging damage due to personal injuries sustained by plaintiff, NILDA ROQUE, against the USPS by virtue of the negligence, carelessness and recklessness of the USPS, its agents, servants and employees, including WILFREDO MAUROSA, in the ownership, use, operation management, maintenance and control of a postal truck bearing USA registration tag number 1510471, on or about June 14, 2014, was duly filed by plaintiff on or before June 14 2016 with the USPS Postmaster General.

10. By letter dated April 9, 2019, the USPS issued a letter denying the aforementioned claim.

11. This action is timely commenced pursuant to 28 U.S.C. §§2401(b) and 2675(a) and 39 C.F.R. 912.9(a).

## AS AND FOR A FIRST CAUSE OF ACTION

12. Plaintiff repeats and realleges each and every allegation contained in those paragraphs of this Complaint marked and designated "1" through "11" inclusive, with the same force and effect as if herein set forth more fully at length.

13. USPS, at all times herein mentioned, was and still is a federal entity organized and existing under the laws of the USA, with its principal place of business in the County of New York and the State of New York.

14. USPS, at all times herein mentioned was a United States Federal Service.

15. USPS, at all times herein mentioned conducted and carried on business in the State of New York.

16. On or about June 14, 2014, plaintiff, NILDA ROQUE, owned a certain 2002 Honda, bearing license plate number NYS 608048.

17. On or about June 14, 2014, plaintiff, NILDA ROQUE, was the operator of a certain 2002 Honda, bearing license plate number NYS 608048.

18. On or about June 14, 2014, USPS, was the registered owner of a certain Postal Truck, bearing license plate number NYS 1510471.

19. On or about June 14, 2014, USPS, was the titled owner of a certain Postal Truck, bearing license plate number NYS 1510471.

20. On or about June 14, 2014, USPS, maintained a certain Postal Truck, bearing license plate number NYS 1510471.

21. On or about June 14, 2014, USPS, controlled a certain Postal Truck, bearing license plate number NYS 1510471.

22. On or about June 14, 2014, WILFREDO MAUROSA, JR. was the operator of a certain Postal Truck, bearing license plate number NYS 1510471.

23. On or about June 14, 2014, WILFREDO MAUROSA, JR. was the operator of a certain Postal Truck, bearing license plate number NYS 1510471 with the express permission and/or consent from the owner, USPS.

24. On or about June 14, 2014, WILFREDO MAUROSA, JR. was an agent of the USPS.

25. On or about June 14, 2014, WILFREDO MAUROSA, JR. was a servant of the USPS.

26. On or about June 14, 2014, WILFREDO MAUROSA, JR. was an employee and acting under the scope of his employment with the USPS.

27. On or about June 14, 2014, the vehicle operated by WILFREDO MAUROSA, JR. came in contact with the vehicle operated by the plaintiff, NILDA ROQUE, at or near the intersection of East 170th Street and College Avenue, Bronx, New York.

28. Solely as a result of the defendant's negligence, carelessness and recklessness, the plaintiff, NILDA ROQUE, was caused to suffer severe and serious personal injuries to mind and body and was subjected to great physical pain and mental anguish.

29. The aforesaid occurrence was caused by the negligence of the defendant, without any culpable conduct on the part of the plaintiff.

30. As a result of the foregoing, the plaintiff, NILDA ROQUE, sustained serious personal injuries as defined in Section 5102(d) of the Insurance Law of the State of New York, and/or economic loss greater than basic economic loss as defined in Section 5102(a) of the Insurance Law of the State of New York.

31. Due to defendant's negligence, plaintiff, NILDA ROQUE, is entitled to damages in an amount exceeding the monetary jurisdictional limits of all lower Courts which would otherwise have jurisdiction over this matter.

32. By reason of the foregoing, the plaintiff, NILDA ROQUE, has been damaged in the amount of FIVE MILLION ($5,000,000.00) Dollars.

WHEREFORE, plaintiffs demand judgment against the defendant herein, in an amount of FIVE MILLION ($5,000,000.00) Dollars in total causes of action, respectively, together with costs, interest and disbursements.

Dated: New York, New York
September 10, 2019

LAW OFFICE OF LIZZETTE MUNIZ, LLC.

By: Lizzette A. Muniz

Lizzette Muniz Esq. (LM-0520)
Attorneys for Plaintiff
222 Broadway, 19th Floor
New York, New York 10038
(917) 806-4442
File: 10418

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NILDA ROQUE<br>Plaintiff,<br><br>- against -<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Index No:<br><br>**VERIFICATION** |

STATE OF NEW YORK )
: ss.:
COUNTY OF NEW YORK )

The undersigned, an attorney admitted to practice in the Courts of the State of NEW YORK, hereby affirms under all the penalties of perjury:

That affirmant is the attorney for the plaintiff in the within action; that affirmant has read the foregoing SUMMONS AND VERIFIED COMPLAINT and knows the contents thereof; that the same is true to affirmant's knowledge, except the matters stated to be alleged on information and belief, and that those matters affirmant believes to be true. The reason this verification is made by affirmant and not by the plaintiff is that the plaintiff does not reside in the County in which affirmant maintains an office. The grounds of belief as to all matters not stated upon affirmant's knowledge are documents, correspondence and records maintained in affirmant's files, conversations and conferences had with the Plaintiff.

Dated: September 10, 2019

**LIZZETTE A. MUNIZ**

Civil Action No.:

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

NILDA ROQUE,

Plaintiff,

- against -

UNITED STATES OF AMERICA,

Defendant.

**SUMMONS AND VERIFIED COMPLAINT**


**LAW OFFICE OF LIZZETTE MUNIZ, LLC**
**Attorneys for Plaintiff**
**222 Broadway, 19th Floor**
**New York, New York 10038**
**(917) 806-4442**