USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 8 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

NILDA ROQUE,

                      Plaintiff,

                      ORDER

    -against-

                      19 Civ. 8996 (GBD)

UNITED STAES OF AMERICA,

                      Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    The June 16, 2020 conference is adjourned to September 8, 2020 at 9:45 a.m.

Dated: New York, New York
       June 8, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge