UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

NILDA ROQUE,

                Plaintiff,

-against-

                ORDER

UNITED STATES OF AMERICA,

                19 Civ. 8996 (GBD)

                Defendant.

------------------------------------- x

GEORGE B. DANIELS, District Judge:

All conferences and deadlines previously scheduled are adjourned *sine die* in light of this Court's referral to Magistrate Judge Parker for settlement.

Dated: April 20, 2022
      New York, New York

                                      SO ORDERED.

                                      GEORGE B. DANIELS
                                      UNITED STATES DISTRICT JUDGE