```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NILDA ROQUE,

                        Plaintiff,

-against-

UNITED STATES OF AMERICA,

                        Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

**19-CV-8996 (GBD)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

     This case has been referred to me for settlement purposes (docket no. 32). A telephone conference will be held on **Tuesday, May 3, 2022 at 11:30 a.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

     SO ORDERED.

Dated: April 20, 2022
       New York, New York

*/s/ Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge