# MEMO ENDORSED

## Law Office of Lizzette Muniz, LLC
222 Broadway, 19th Floor, New York, NY 10038
Phone: 917-806-4442 Fax: 917-410-7778 E-mail: lmuniz@munizlegal.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/25/2022

April 20, 2022

> **The Pre-Settlement Conference scheduled for <u>Tuesday, May 3, 2022 at 11:30 a.m.</u> will proceed as scheduled.**
>
> SO ORDERED:
>
> *Katharine H Parker*
>
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE
>
> 04/25/2022

<u>By ECF</u>
Honorable Katherine H. Parker
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re: *Roque v. United States*, No. 19-cv-8996 (GBD)

Dear Judge Parker:

      This Office represents Nilda Roque ("Plaintiff") in the above-captioned action. On behalf of both parties, I write to respectfully request that the Court adjourn the settlement conference scheduled for Tuesday, May 3, 2022, to either Monday, May 9, 2022, or Tuesday, May 10, 2022 (or the Court's next available date thereafter). This is the parties' first request for an adjournment.

      The parties thank the Court for its attention to this matter.

                                       Respectfully submitted,

                                       *Lizzette A. Muniz*

                                       Lizzette A. Muniz, Esq.