USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/07/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

NILDA ROQUE,

                              Plaintiff,

      -against-

UNITED STATES OF AMERICA,

                             Defendants.
----------------------------------------------------------------X

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

**19-CV-8996 (GBD)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the Stipulation and Order of Dismissal filed on June 6, 2022 (doc. no 41) the Settlement Conference currently scheduled for **June 30, 2022** is hereby adjourned *sine die*.

    **SO ORDERED.**

Dated: June 7, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge